David M. Wiseblood (SBN 115312)
Law Offices of David M. Wiseblood
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
JON SOBERG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

GREGORY ADEODATO RESSI DI CERVIA, a/k/a ADEO RESSI,

Debtor.

Case No. 16-53242 MEH

Chapter 11

**CREDITOR JON SOBERG'S *EX PARTE* APPLICATION FOR ENTRY OF ORDER FOR EXAMINATION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Local Rule 2004-1, Creditor and applicant, Jon Soberg, requests that the Clerk of this Court enter the accompanying Order for Examination of Cica Ressi Di Cervia ("Examinee"). Mr. Soberg represents further as follows:

1. Examinee is the wife or estranged wife of the Debtor and Debtor-In-Possession, Adeo Ressi ("Debtor"). Examinee initiated a prepetition marital dissolution proceeding against the Debtor that is still pending and in which Examinee represented that community property assets are to be determined. The Debtor has listed Examinee as a creditor in this case.

2. On information and belief the bankruptcy estate includes community property in which Examinee claims an interest.

3. Mr. Soberg wishes to examine Examinee on the matters set forth in Rule 2004(b) of the Federal Rules of Bankruptcy Procedure.


Case: 16-53242 Doc# 81 Filed: 02/08/17 Entered: 02/08/17 15:29:48 Page 1 of 2

Wherefore, Mr. Soberg requests that the Clerk of this Court sign and file the accompanying Order for Examination.

Respectfully submitted,

LAW OFFICES OF DAVID WISEBLOOD

Dated: February 8, 2017

By _/S/ David M. Wiseblood________
David Wiseblood
Attorney for Creditor
JON SOBERG


Case: 16-53242 Doc# 81 Filed: 02/08/17 Entered: 02/08/17 15:29:48 Page 2 of 2