David M. Wiseblood (SBN 115312)
Law Offices of David M. Wiseblood
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
JON SOBERG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

GREGORY ADEODATO RESSI DI CERVIA, a/k/a ADEO RESSI,

Debtor.

Case No. 16-53242 MEH

Chapter 11

**CREDITOR JON SOBERG'S *EX PARTE* APPLICATION FOR ENTRY OF ORDER FOR EXAMINATION PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Local Rule 2004-1, Creditor and applicant Jon Soberg, requests that the Court enter the accompanying Order for Examination of First Republic Bank ("Examinee"). Mr. Soberg represents further as follows:

1. Examinee is a Bank where the Debtor, Gregory Adeodato Ressi Di Cervia, aka Adeo Ressi, et al. ("Debtor") and his wife, Cica Ressi Di Cervia, aka Cindy Ressi ("Ms. Ressi") have one or more bank accounts which Mr. Soberg believes contain, evidence or relate to property of this bankruptcy estate.

2. Mr. Soberg wishes to examine Examinee on the matters set forth in Rule 2004(b) of the Federal Rules of Bankruptcy Procedure.


Case: 16-53242 Doc# 84 Filed: 02/10/17 Entered: 02/10/17 14:47:46 Page 1 of 4

3. Mr. Soberg intends to issue a subpoena to Examinee designating the records known to Mr. Soberg in the possession of Examinee upon which the examination will be based in part, pursuant to Rule 2004(c) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Mr. Soberg requests that the Clerk of this Court sign and file the accompanying Order for Examination, a copy of which is attached.

Respectfully submitted,

LAW OFFICES OF DAVID WISEBLOOD

Dated: February 10, 2017

By _/S/ David M. Wiseblood________
David Wiseblood
Attorney for Creditor
JON SOBERG


Case: 16-53242 Doc# 84 Filed: 02/10/17 Entered: 02/10/17 14:47:46 Page 2 of 4

# Exhibit 1

David M. Wiseblood (SBN 115312)
Law Offices of David M. Wiseblood
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Attorneys for Creditor
JON SOBERG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

GREGORY ADEODATO RESSI DI CERVIA, a/k/a ADEO RESSI,

Debtor.

Case No. 16-53242 MEH

Chapter 11

**ORDER FOR EXAMINATION OF FIRST REPUBLIC BANK PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The Court, having considered the application for this Order made by Creditor Jon Soberg, and good cause appearing therefore,

IT IS HEREBY ORDERED that First Republic Bank, by and through its person with knowledge of the matters set forth in Mr. Soberg's subpoena to be issued pursuant to Rule 2004(c) of the Federal Rules of Bankruptcy Procedure ("Examinee") shall appear at a mutually convenient date and time for examination on or after 30 days of service of this Order and the related subpoena. The examination will go forward at the Law Offices of David M. Wiseblood, located at 601 Montgomery Street, Ste. 2000, San Francisco, CA 94111. The scope of the examination will be defined by the topics listed in Rule 2004(b) of the Federal Rules of Bankruptcy Procedure.

Dated:

______________________________
CLERK OF THE COURT